# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PREMIER HOSPITALITY GROUP – NEW STANTON II, | Civil Action No. 2:17-cv-00645 |
| Plaintiff/Petitioner, | |
| v. | Magistrate Judge Lisa Pupo Lenihan |
| NAINESH PATEL, | ECF No. 9 |
| Defendant/Respondent. | |

## ORDER ON DEFENDANT'S MOTION TO DISMISS OR TRANSFER AND RESPONSE TO PLAINTIFF'S PETITION

IT IS HEREBY ORDERED that, for the reasons set forth in the Memorandum Opinion on even date herewith, the June 5, 2017 Motion to Dismiss or Transfer filed by Defendant Nainesh Patel ("Patel"), ECF No. 9, is DENIED.

IT IS FURTHER ORDERED that Defendant file a response to Plaintiff's Petition for Rule to Show Cause on or before September 14, 2017.

Dated: August 15, 2017               BY THE COURT:


                                     /s/Lisa Pupo Lenihan
                                     LISA PUPO LENIHAN
                                     United States Magistrate Judge